No. 80–5401. DANKERT v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 80–5420. CHOW v. SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP. C. A. 9th Cir. Certiorari denied.

No. 80–5474. DEGGENDORF v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–5500. DEVINCENT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 80–5509. JEWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6715. CULBERSON v. MISSISSIPPI. Sup. Ct. Miss.;
No. 79–6862. STONE v. FLORIDA. Sup. Ct. Fla.;
No. 79–6884. FAIR v. GEORGIA. Sup. Ct. Ga.;
No. 80–5119. MULLIGAN v. GEORGIA. Sup. Ct. Ga.;
No. 80–5163. ESQUIVEL v. TEXAS. Ct. Crim. App. Tex.;
No. 80–5249. REDDIX v. MISSISSIPPI. Sup. Ct. Miss.;
and
No. 80–5399. JORDAN v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. Reported below: No. 79–6715, 379 So. 2d 499; No. 79–6862, 378 So. 2d 765; No. 79–6884, 245 Ga. 868, 268 S. E. 2d 316; No. 80–5119, 245 Ga. 266, 264 S. E. 2d 204; No. 80–5163, 595 S. W. 2d 516; No. 80–5249, 381 So. 2d 999; No. 80–5399, 126 Ariz. 283, 614 P. 2d 825.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.